## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

David G. Velde,

        Plaintiff,   Civil No. 06-2299 (RHK/RLE)

vs.   **ORDER**

Bob Useldinger & Sons, Inc.,

        Defendant.

---

    This matter is venued in the Sixth Division.

    All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  April 13, 2007

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge