## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| David G. Velde, as Trustee of the<br>Daniel S. Miller Bankruptcy Estate,<br><br>           Plaintiff,<br><br>vs.<br><br>Bob Useldinger & Sons, Inc.<br><br>           Defendant. | Civil No. 06-2299 (RHK/RLE)<br><br>**ORDER** |

Based upon the Stipulation of Dismissal (Doc. No. 9), **IT IS ORDERED** that the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated :  May 15, 2007

                                                      s/Richard H.Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge